UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Ruth Austerman v. Bayer Corporation, et al.* | No. 14-cv-10366-DRH |
| *Jada Baker v. Bayer Corporation, et al.* | No. 15-yz-00354-DRH |
| *Vielka Barrios, et al. v. Bayer Corporation, et al.* | No. 10-cv-20493-DRH |
| Doris Callis v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 12-cv-10710-DRH |
| Tanya Rochelle Carter Hudgins v. Bayer Corporation, et al. | No. 12-cv-11517-DRH |
| *Tameia City v. Bayer Corporation, et al.* | No. 12-cv-10818-DRH |
| *Cynthia Edwards v. Bayer Corporation, et al.* | No. 12-cv-10997-DRH |
| *Jessica Eschete v. Bayer Corporation, et al.* | No. 12-cv-11233-DRH |
| Julia C. Harding v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 11-cv-12614-DRH |
| Stepfanie Rene Theresa Hurtado v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 10-cv-11582-DRH |
| *Elizabeth Karr v. Bayer Corporation, et al.* | No. 12-cv-10999-DRH |
| Emily R. Martin v. Bayer HealthCare Pharmaceuticals Inc., et al. | No. 10-cv-13713-DRH |
| Dora Mitchell, individually and on behalf of the Estate and as Next of Friend of Monique Perkins v. Bayer Corporation, et al. | No. 10-cv-12973-DRH |

| | |
|---|---|
| *Kara Mitchell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10535-DRH |
| *Annaleesa Morgan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10197-DRH |
| *Linda Michelle Moss v. Bayer Corporation, et al.* | No. 10-cv-20263-DRH |
| *Anna Pinera v. Bayer Corporation, et al.* | No. 12-cv-10727-DRH |
| *Gisele Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10575-DRH |
| *Cheryl Rudell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10334-DRH |
| *Larinda Takieddin v. Bayer Corporation, et al.* | No. 10-cv-12715-DRH |
| *Jasmine Taylor v. Bayer Corporation, et al.* | No. 10-cv-13820-DRH |
| *Mily Teske v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13461-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.19 14:40:14 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT